JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED EUGENE SHALLOWHORN,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>FIDENCIO N. GUZMAN, Acting Warden,<br><br>　　　　　　　Respondent. | Case No. CV 23-3652-GW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Habeas Petition and Denying Motion for Leave to File It, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 4, 2023

_____
GEORGE H. WU
U.S. DISTRICT JUDGE